No. 80–6174. WEXLER v. INDUSTRIAL VALLEY BANK & TRUST CO. C. A. 3d Cir. Certiorari denied.

No. 80–6177. CASTELLO v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 80–6179. DORTY v. HAYES ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–6222. THINGVOLD v. FRANZEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–6227. POWERS v. BUCHANAN. C. A. 4th Cir. Certiorari denied.

No. 80–6239. GUNSTON v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–6248. GRAHAM v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80–6250. CHRISMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80–6261. STREETS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–6266. SUTTON ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6279. WHITE ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80–1331. FLORIDA v. MALONE. Sup. Ct. Fla. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied. JUSTICE BLACKMUN and JUSTICE POWELL would grant certiorari.